UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | | |
|---|---|---|
| WHITEAMIRE CLINIC, P.A., INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons | : : : : : | Civil Action No. 1:12-cv-2289 |
| Plaintiff | : : | |
| v. | : : | **PLAINTIFF WHITEAMIRE CLINIC, P.A., INC.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| MCKESSON CORPORATION | : : | |
| and | : : | |
| JOHN DOES 1-10 | : : | |
| Defendants | : | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, as well as the minutes from the status conference on April 11, 2013, Plaintiff Whiteamire Clinic, P.A., Inc. hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice.

Respectfully submitted,

/s/ *Matthew E. Stubbs*
George D. Jonson (0027124)
Matthew E. Stubbs (0066722)
MONTGOMERY, RENNIE & JONSON
36 East Seventh Street, Suite 2100
Cincinnati, OH 45202
(513) 241-4722
(513) 241-8775 (fax)
Email: gjonson@mrjlaw.com
mstubbs@mrjlaw.com

*Counsel for Plaintiff Whiteamire Clinic, P.A., Inc.*

So ordered.
/s/Dan Aaron Polster  4/29/13